AO 442 (Rev. 10/02) Warrant for Arrest

U.S. MARSHALS - GUAM
RECEIVED
27 JAN 2005 14 07 00

FILED
DISTRICT COURT OF GUAM
JAN 27 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

THIN LOO YAT aka
LEE THIN FOOK

**WARRANT FOR ARREST**

Case Number: CR-05-00005-002

③

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ THIN LOO YAT aka LEE THIN FOOK _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

1/27/2005
Date

Hagatna, Guam
Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/27/2005 | Timothy L. Conway S/A | [signature] |
| DATE OF ARREST 1/27/2005 | | |