**FILED**
DISTRICT COURT OF GUAM

**JAN 27 2005**

MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS GUAM
RECEIVED
27 JAN 2005 14:07:00

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

JAE HEE KIM aka YONG KIM

**WARRANT FOR ARREST**

Case Number: CR-05-00005-003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAE HEE KIM aka YONG KIM _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

1/27/2005
Date

Hagatna, Guam
Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/27/2005 | Timothy L. Conway S/A | [signature] |
| DATE OF ARREST | | |
| 1/27/2005 | | |