AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
FEB - 3 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**THIN LOO YAT aka<br>LEE THIN FOOK**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: **CR-05-00005-002**<br><br>(13) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| Before:  **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, February 3, 2005 @ 10:15 a.m.** |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) **1029(a)(3)**

Brief description of offense:

**POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES**

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon* (signature)<br>Signature of Issuing Officer |
| **February 3, 2005**<br>Date | |

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2/3/2005 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: USMS 520 West Soledad Ave. Hagatna Guam 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/3/2005
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

U.S. MARSHALS--GUAM
RECEIVED
-3 FEB 2005 14:07:00

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.