IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

DISTRICT COURT OF GUAM
FEB -3 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00005**   **DATE: 2/3/2005**   **TIME: 10:30 a.m.**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:30:13-10:31:58 / 10:43:15-10:53:30

Law Clerk: Kim Walmsley
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama

(15)

********************** **A P P E A R A N C E S** **********************

**DEFT: YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.
**ATTY: JOHN GORMAN**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: THIN LOO YAT aka LEE THIN FOOK**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.
**ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: JAE HEE KIM aka YONG KIM**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.
**ATTY: CURTIS VAN DE VELD**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

INTERPRETER: HEE-JUNG WONG     LANGUAGE: KOREAN     ( X ) PREVIOUSLY SWORN

U.S. ATTORNEY: MARIVIC DAVID          AGENT:
U.S. PROBATION: JUDY OCAMPO          U.S. MARSHAL: V. ROMAN / S. LUJAN

**PROCEEDINGS: ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED:_____
( X ) DEFENDANTS SWORN AND EXAMINED AS FOLLOWS: THIN LOO YAT   HIGH SCHOOL COMPLETED: Secondary School
                                                JAE HEE KIM    HIGH SCHOOL COMPLETED: High School
( X ) DEFENDANT THIN LOO YAT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) THIN LOO YAT ENTERED HIS PLEA: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) SENTENCING DATE:_____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: APRIL 4, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Defense stated that the interpreter for his client was not present. The Court continued Mr. Yen's arraignment hearing to 2:00 p.m. today. Mr. Van De Veld requested the Court to continue his client's arraignment hearing so that he may meet with his client to further discuss the charges in the indictment. No objection. The Court granted the continuance and set the arraignment hearing for February 8, 2005 at 1:30 p.m. for defendant Jae Hee Kim.