VAN DE VELD SHIMIZU CANTO & FISHER
*Curtis C. Van de veld, Esq.*
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-2863
Fax: (671) 472-2886

Attorney for Defendant: JAE HEE KIM

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JAE HEE KIM, <br> Defendant. | Criminal Case No. 05-00005-003 <br><br> [Proposed] <br> **ORDER SETTING HEARING FOR DEFENDANT TO CHANGE PLEA** |

THIS MATTER having come before the court upon the request of Defendant JAE HEE KIM through Defendant's court appointed counsel, Mr. Curtis C. Van de veld, Esq., for a hearing to be held so that Defendant may change of Defendant's plea of record, the court orders that the matter be set for hearing on _Tuesday, March 29, 2005_ at the hour of _2:00 pm_.

SO ORDERED: this _3/23/05_.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

CCV:ccv
VSCF/J. H. KIMCR000563

---

UNITED STATES OF AMERICA, Plaintiff v. JAE HEE KIM, Defendant
ORDER SETTING HEARING FOR DEFENDANT TO CHANGE PLEA
Criminal Case No. 05-00005-003
Page 1