# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES

DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00005-001**  **DATE: 03/29/2005**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge  
Court Reporter: Wanda Miles  
Hearing Electronically Recorded: 2:14:42 -2:17:06  
Law Clerk: Judith Hattori  
Courtroom Deputy: Virginia T. Kilgore  
CSO: B. Benavente / J. Lizama

************************ **APPEARANCES** ************************

**DEFT:** YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE  
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY :** JOHN GORMAN  
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD

**AGENT:** TIM CONWAY, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT

**U.S. PROBATION:** MARIA CRUZ

**U.S. MARSHAL:** P. RABINA / S. LUJAN

**INTERPRETER:** FOO MEE CLINARD, Previously sworn  **LANGUAGE:** Chinese Mandarin

**PROCEEDINGS:** CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT  
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED  
( ) DEFENDANT SWORN AND EXAMINED: AGE: ____ HIGH SCHOOL COMPLETED: _____  
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES  
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____  
( ) WARRANT OF REMOVAL ISSUED  
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT  
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA  
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT  
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____  
( ) COUNT(S)_____ DISMISSED ON GOVERNMENT'S MOTION  
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*  
( ) COURT ORDERS PLEA AGREEMENT *SEALED*  
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____  
( ) PRESENTENCE REPORT ORDERED AND DUE:_____  
( ) PRELIMINARY EXAMINATION SET FOR:_____  
( ) ARRAIGNMENT SET FOR:_____ at _____  
( ) TRIAL SET FOR:_____

PROCEEDINGS CONTINUED TO:_____ at _____  
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)  
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*  
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____  
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT  
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Parties moved the Court to withdraw the amended plea agreement. Defense stated that counsel have identified some problems with the plea and will try to resolve the issues. GRANTED.