DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAE HEE KIM aka YONG KIM,<br><br>Defendant. | CIVIL CASE NO. 05-00005-003<br><br>**ORDER** |

IT IS HEREBY ORDERED that the **CHANGE OF PLEA** hearing scheduled for March 29, 2005 in the above-entitled case is now scheduled for April 1, 2005 at 11:00 a.m.

DATED this 30th day of March 2005.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE