**FILED**

DISTRICT COURT OF GUAM

APR - 1 2005 nbo

MARY L.M. MORAN
CLERK OF COURT



1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7                FOR THE TERRITORY OF GUAM

8

9   UNITED STATES OF AMERICA,          )       CRIMINAL CASE NO. 05-00005
                                       )
10                  Plaintiff,         )
                                       )   **CONSENT TO RULE 11 PLEA IN**
11          vs.                        )   **A FELONY CASE BEFORE UNITED**
                                       )   **STATES MAGISTRATE JUDGE**
12   JAE HEE KIM a.k.a. YONG KIM,      )
                                       )
13                  Defendant.         )
                                       )
14

15          I have been advised by my attorney and by the United States Magistrate Judge of my right

16   to enter my plea in this case before a United States District Judge. I hereby declare my intention

17   to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge

18   conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident

19   to the making of such plea. I understand that if the United States Magistrate Judge recommends

20   that the plea of guilty be accepted, a presentence investigation and report will be ordered

21   pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned

22   United States District Judge will then act on the Magistrate Judge's Report and

23   Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

24   ///

25   ///

26   ///

27   ///

28   ///

1  sentencing hearing at which the District Judge will decide whether to accept or reject any

2  associated plea agreement, and will determine and impose sentence.

3      DATED this 1st day of April 2005.

4

5

6  _____

7  JAE HEE KIM a.k.a. YONG KIM
   Defendant

8

9  _____

10  CURTIS VAN DE VELD
    Attorney for Defendant

11

12

13  APPROVED:

14

15  _____

16  RUSSELL C. STODDARD
    First Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28