

FILED
DISTRICT COURT OF GUAM

APR - 8 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,           )       CRIMINAL CASE NO. 05-00005
                                    )
            Plaintiff,              )
                                    )   **CONSENT TO RULE 11 PLEA IN**
        vs.                         )   **A FELONY CASE BEFORE UNITED**
                                    )   **STATES MAGISTRATE JUDGE**
YU MAN YEN a.k.a. KEE SANG          )
JOFFRE CHEN a.k.a.TAI FAT LEE,      )
                                    )
            Defendant.              )
                                    )

I have been advised by my attorney and by the United States Magistrate Judge of my
right to enter my plea in this case before a United States District Judge. I hereby declare my
intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate
Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure,
incident to the making of such plea. I understand that if the United States Magistrate Judge
recommends that the plea of guilty be accepted, a presentence investigation and report will be
ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the
assigned United States District Judge will then act on the Magistrate Judge's Report and
Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

1  sentencing hearing at which the District Judge will decide whether to accept or reject any

2  associated plea agreement, and will determine and impose sentence.

3        DATED this 8th day of April 2005.

YU MAN YEN
a.k.a. KEE SANG JOFFRE CHEN
a.k.a.TAI FAT LEE
Defendant

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

APPROVED:

RUSSELL C. STODDARD
First Assistant U.S. Attorney