```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**FILED**
DISTRICT COURT OF GUAM
APR 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00005 |
| Plaintiff. ) | |
| ) | **ACCEPTANCE OF PLEA OF GUILTY,** |
| vs. ) | **ADJUDICATION OF GUILT AND** |
| ) | **NOTICE OF SENTENCING** |
| YU MAN YEN a.k.a. KEE SANG ) | |
| JOFFRE CHEN a.k.a. TAI FAT LEE, ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Possession of Fifteen or More Counterfeit or Unauthorized Access Devices, in violation of 18 U.S.C. §§ 1029(a)(3) and 2, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 21 day of April 2005.

_____
RONALD S.W. LEW
District Judge

---

* The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, sitting by designation.