Yen.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00005-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT |
| YU MAN YEN, a/k/a KEE SAN JOFFRE CHEN, a/k/a TAI FAT LEE, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 29th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-1-

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 29, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Yu Man Yen, a/k/a Kee San Joffre Chen, a/k/a Tai Fat Lee</u>, Criminal Case No. 05-00005-001 to the following counsel:

        John T. Gorman
        Federal Public Defender
        Office of the Federal Public Defender
        Suite 501, First Hawaiian Bank Bldg.
        400 Route 8
        Mongmong, Guam 96910

        FAX: 472-7120

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney