ORIGINAL

YAT_Thin Loo.ref

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THIN LOO YAT ) <br> aka LEE THIN FOOK, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00005 <br><br> PETITION TO REFUND OVERPAYMENT OF SPECIAL ASSESSMENT FEE |

## PETITION

On June 13, 2005, Defendant THIN LOO YAT aka LEE THIN FOOK was sentenced, among other things, to pay a $100.00 special assessment fee. Plaintiff petitions the Court to refund the overpaid portion of the special assessment fee imposed against the Defendant:

1. The following assessment fee was imposed against Defendant:

   $100.00    Amount of assessment fee

   $200.00    Amount collected (see attachment A)

   $100.00    Amount overpaid

//

//

//

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $100.00 to Thin Loo Yat aka Lee Thin Fook and delivering it to the Bureau of Immigration and Customs Enforcement, the agency who made the overpayment and where defendant will be held on Friday, February 17, 2006 en route to his final deportation destination.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 15th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# District Court of Guam
# Fees Report

Case: CR-05-00005

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 06/13/2005 | 0026554 | ARRIOLA, JOAQUIN C. | CR-05-00005: CR-05-00005<br>USA VS. THIN LOO YAT<br>Assessments/Fines<br>Check Info: 101-511/1214 #5331<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Check | $ 100.00 |
| 12/15/2005 | 0027725 | IMMIGRATION & CUSTOMS ENFORCEMENT | CR-05-00005: USA v. Yen<br>Party: Yen, Yu Man<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 01/03/2006 | 0027831 | Bureau of Immigration and Customs Enforcement | CR-05-00005: USA v. Yen<br>Party: Yat aka Fook, Lee Thin, Thin Loo<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |

*Handwritten annotations:*
- Thin Loo Yat (002) aka Lee Thin Fook
- Yu Man Yen (001) aka Kee Sang Joffre Chen aka Tai Fat Lee
- Jae Hee Kim aka Yong Kim (003)



A