1    **YAT_ThinLoo.ord**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910-5059
     TEL: 472-7332
6    FAX: 472-7215

7    Attorney's for United States of America

**FILED**

DISTRICT COURT OF GUAM

FEB 16 2006

MARY L.M. MORAN
CLERK OF COURT

8
9    IN THE UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF GUAM
10

11   UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 05-00005
                                      )
12           Plaintiff,               )
                                      )         **O R D E R**
13           v.                       )
                                      )    Re: United States Petition to Refund
14   THIN LOO YAT                     )    Overpayment of Special Assessment Fee
     aka LEE THIN FOOK,               )
15                                    )
             Defendant.               )
16   _____)

17

18       Based upon the Plaintiff's Petition to Refund Overpayment of Special Assessment Fee,

19   the amount of $100.00 shall be refunded to Thin Loo Yat aka Lee Thin Fook, and the check

20   delivered to the Bureau of Immigration and Customs Enforcement, where defendant will be held

21   on Friday, February 17, 2006 en route to his final deportation destination. Any future payments

22   made by defendant shall be refunded to him.

23       SO ORDERED this 16th day of February 2006.

24
25
26                              JOAQUIN V.E. MANIBUSAN, JR.
                                    U.S. Magistrate Judge
27                    **ORIGINAL**
28