

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THIN LOO YAT<br>aka LEE THIN FOOK<br><br>Defendant. | CRIMINAL CASE NO. 05-00005<br><br>**ACKNOWLEDGMENT OF**<br>**U.S. TREASURY CHECK** |

I, NIDA P. RIOS, hereby acknowledge receipt of U.S. Treasury check no. 00040463, in the amount of $100.00, dated February 16, 2006. Attached hereto is a copy of the U.S. Treasury check.

02/17/06
Date

Signature  DEPORTATION ASSISTANT

**ORIGINAL**



**United States Treasury** 15-51/000

DISTRICT COURT
AGANA, GU

4694-00040463

Check No.

02 16 06  REFUND OVERPAYMENT  00040463

Pay to the order of

THIN LOO YAT
aka LEE THIN FOOK, CR-05-00005
C/O BUREAU OF I.C.E.
SUITE 100, SIRENA PLAZA
HAGATNA , GU 96910

$********100*00

VOID AFTER ONE YEAR

*Mary Lu Mora*
DISBURSING OFFICER

REF. NO.

⑊4694⑊ ⑈000000518⑈ 000404635⑊